UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Bankruptcy Case No. 11-84949
Wayne Read　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Chapter 7
　　　Debtor　　　　　　　　　　)
　　　　　　　　　　　　　　　　)

Certificate of Mailing

　　I, Mary Weatherford, certify that on November 17, 2011, I caused the attached Letter, Cashier's Check, Certified copy of Petition and Docket Report to be served to the party listed via Federal Express:

U Sell We Buy, Ent Inc.
96 N. Kennedy Dr., Suite 203
Carpentersville, IL 60110
**Federal Express**

Wayne Reed
8304 Howe Rd.
Wonder Lake, IL 60097
**Mail**

Daniel Donahue, Trustee
Patrick M. Jones, Attorney for Debtor
Manuel Barbosa, Bankruptcy Judge
**Electronic Notification**

_____
Mary Weatherford
Team Leader, Western Division
(815) 987-4350

United States Bankruptcy Court
Northern District of Illinois
Western Division

Kenneth S. Gardner, Clerk            U.S. Bankruptcy Clerk's Office
                                     211 South Court Street
                                     Rockford, IL 61101
                                     (815) 987-4350

November 17, 2011

U Sell We Buy, Ent Inc.
96 N. Kennedy Drive - Suite 203
Carpentersville, IL 60110

Re: Transmittal of Funds - Rental Deposit

Dear Landlord:

The enclosed American Community Cashier's Check No. 30278 in the amount of $2,200.00 for rent is hereby transmitted by the Clerk of Court pursuant to 11 U.S.C. Section 362 (1)(5)(D).

This check represents rent made by the Debtor and deposited with the Clerk of the Court that would become due during the 30-day period after the filing of the petition pursuant to 11 U.S.C. Section 362(I)(1)(B).

Sincerely,
Kenneth S. Gardner, Clerk of Court

By: _____
Mary Weatherford, Team Leader

enclosure: Cashier's Check, Certified copy of Docket Report and Voluntary Petition

cc: Wayne Read

DOCUMENT CONTAINS VISIBLE FIBERS AND CHEMICAL REACTIVE PROPERTIES    SECURE    PAPER CONTAINS TONER ADHESION PROTECTION, AND A METALLIC HOLOGRAM

30278

1

**American Community**
BANK & TRUST
WOODSTOCK, IL 60098
(815) 338-2300

UNCOM
CHECK SOLUTIONS
SECURITY ★ DELIVERY ★ VALUE

REMITTER
WAYNE READ

DATE 11/17/11

70-2604/719

PAY TO THE ORDER OF  C̶L̶E̶R̶K̶ ̶O̶F̶ ̶T̶H̶E̶ ̶B̶A̶N̶K̶R̶U̶P̶T̶C̶Y̶ ̶C̶O̶U̶R̶T̶  USell WE BUY, ENT INC   $  ***2,200.00***

***TWO THOUSAND TWO HUNDRED and 00/100***USDollars                           DOLLARS

*This document has a colored background with copy guard screens, microprinting and an authentic line watermark; absence of these features will indicate a copy.*

**CASHIER'S CHECK**

#11-84949                    Ann Seaquist

⑈030278⑈ ⑆0719 2604 5⑆ 000 100 25⑈

B1 (Official Form 1) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Read, Wayne, Howard | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>3794 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>8304 Howe Road<br>Wonder Lake, IL<br>ZIP CODE 60097 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>McHenry County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

This is to certify that the within and attached document is ☑ full, true and correct copy of the original as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT

By _____
Deputy Clerk

Dated 11-17-11

B1 (Official Form 1) (4/10) page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> Wayne Howard Read |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Northern District of Illinois | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☑ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

U Sell We Buy, Ent Inc
(Name of landlord that obtained judgment)

96 N. Kennedy Drive - Suite 203
Carpentersville, IL 60110
(Address of landlord)

☑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☑ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

DebtEd, MEANSNO

# U.S. Bankruptcy Court
## Northern District of Illinois (Rockford)
### Bankruptcy Petition #: 11-84949
#### Internal Use Only

*Date filed:* 11/16/2011

*Assigned to:* Honorable Judge Manuel Barbosa
Chapter 7
Voluntary
No asset

*Debtor*
**Wayne Read**
8304 Howe Rd.
Wonder Lake, IL 60097
MCHENRY-IL
SSN / ITIN: 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

represented by **Patrick M. Jones**
SmithAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601-7524
3128943234
Fax : 3129971811
Email: pjones@salawus.com

*Trustee*
**Daniel Donahue**
P O Box 2903
Rockford, IL 61132-2903
815 639-3700

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715
608-264-5522

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT
By: *[signature]*
Deputy Clerk
Dated: 11-17-2011

| Filing Date | # | Docket Text |
|---|---|---|
| 11/16/2011 | 1 | Chapter 7 Voluntary Petition Fee Amount $306, Filed by Patrick M. Jones on behalf of Wayne Read (Jones, Patrick) (Entered: 11/16/2011) |
| 11/16/2011 | 2 | Meeting of Creditors with 341(a) meeting to be held on 12/22/2011 at 10:00 AM at Stewart Square, 308 West State Street, Rm. 40, Rockford, Illinois 61101. Objections for Discharge due by 02/21/2012. (admin, ) (Entered: 11/16/2011) |

| 11/17/2011 | ◉ 3 | Amended Petition Certificate of payment of rent Filed by Patrick M. Jones on behalf of Wayne Read. (Jones, Patrick) (Entered: 11/17/2011) |
| --- | --- | --- |
| 11/17/2011 | 4 | Receipt of Voluntary Petition (Chapter 7)(11-84949) [misc,volp7a] ( 306.00) Filing Fee. Receipt number 18578763. Fee Amount $ 306.00 (U.S. Treasury) (Entered: 11/17/2011) |
| 11/17/2011 | ◉ 5 | Statement of Social Security Number(s) Filed by Patrick M. Jones on behalf of Wayne Read. (Jones, Patrick) (Entered: 11/17/2011) |
| 11/17/2011 | ◉ 6 | Certificate of Credit Counseling Filed by Patrick M. Jones on behalf of Wayne Read. (Attachments: # 1 Exhibit Certificate) (Jones, Patrick) (Entered: 11/17/2011) |